# Third District Court of Appeal

## State of Florida

Opinion filed March 11, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-2053
Lower Tribunal No. F16-11283

_____

**Ricardo L. Johnson,**

Appellant,

vs.

**Department of Corrections,**

Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.315(a) from the Circuit Court for Miami-Dade County, Jason Edward Bloch, Judge.

Ricardo L. Johnson, in proper person.

James Uthmeier, Attorney General and Linda Katz, Assistant Attorney General, for appellee.

Before SCALES, C.J., and LOBREE and GOODEN, JJ.

PER CURIAM.

Affirmed.